No. 14–0214/AF. U.S. v. Danny W. Newton. CCA 37882. Appellant's motion to supplement the record denied.

No. 14–0430/AR. U.S. v. Jason A. Blanchette. CCA 20120291. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including April 2, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0434/NA. U.S. v. Johnny R. Richards. CCA 201300332. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including April 8, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 14–0456/MC. U.S. v. Alex J. Duran. CCA 201200440. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 3, 2014.

No. 14–0458/AF. U.S. v. Nicholas S. Lafollette. CCA 38174. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 7, 2014.

No. 14–0461/AR. U.S. v. Stephen M. Chapman. CCA 20120740. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 7, 2014.

